filed a brief on behalf of the Linen Supply Assn., Inc., as *amicus curiae*, in opposition to the petition.

No. 394. FLAVIN *v.* FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS. November 8, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Martin Kane Flavin, pro se. Messrs. James A. Davis* and *Leon Quat* for respondent.

No. 408. KELLY *v.* DOWD, WARDEN. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Garfield J. Kelly, pro se.*

No. 369. BAKER ET AL. *v.* BELLOWS, EXECUTRIX. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Norman Baker, pro se.*

No. 395. UNITED STATES *v.* CUSHMAN, EXECUTRIX. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Fred A. Steiner* for respondent.

No. 419. STALEY, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles C. LeForgee* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R.*

*Carloss* and *Louise Foster* for respondent.

No. 424. HARTFORD-EMPIRE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edgar J. Goodrich* and *Walter J. Brobyn* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

Nos. 427 and 428. INLAND STEEL Co. *v.* LEBOLD ET AL; and
Nos. 429 and 430. LEBOLD ET AL. *v.* INLAND STEEL Co. November 15, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Carl Meyer, Paul M. Godehn,* and *J. F. Dammann* for the Inland Steel Co. *Messrs. Silas H. Strawn, Franklin M. Warden,* and *Arthur D. Welton, Jr.* for Lebold et al. Reported below: 136 F. 2d 876.

No. 305. TAYLOR *v.* BROWN, PRICE ADMINISTRATOR. November 15, 1943. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. C. M. Walter* and *John C. Stirrat* for petitioner. *Solicitor General Fahy* for respondent.

No. 400. WILKEY ET AL. *v.* ALABAMA EX REL. SMITH ET AL. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Mr. James A. Simpson* for petitioners.